IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MIKE GOVENDER HATCHET, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:20-cv-00693 |
| | ) JUDGE CAMPBELL |
| ALEJANDRO MAYORKAS, Secretary | ) MAGISTRATE JUDGE NEWBERN |
| of the United States Department of | ) |
| Homeland Security, et al., | ) |
| Defendants. | ) |

## ORDER

By previous Order, the Court stayed this action pending a ruling by the United States Supreme Court in *Patel v. Garland*. A ruling has been issued. *See Patel v. Garland*, No. 20-979, 2022 WL 1528346 (U.S. May 16, 2022). Accordingly, the stay is lifted, and this case is reopened. The parties shall consult with the Magistrate Judge regarding an amended case management order.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE