UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MIKE GOVENDER HATCHET,<br><br>    Plaintiff,<br><br>v.<br><br>CHAD WOLF, et al.,<br><br>    Defendants. | Case No. 3:20-cv-00693<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

A telephone conference with the Magistrate Judge is set on June 14, 2022, at 10:30 a.m. Counsel shall call (888) 557-8511 and enter access code 7819165# to participate.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge